# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

HOWARD VANCE GARNER                                                 PLAINTIFF
ADC #98409

V.                              NO: 5:12CV00217 KGB/HDY

MARK CASHION *et al.*                                           DEFENDANTS

## ORDER

Plaintiff filed this complaint on June 14, 2012, and service was ordered. On August 30, 2012, the summons was returned unexecuted as to Defendants Stephanie Renard and Kay Wade (docket entries #7 & #8). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Renard and Wade are no longer employed there. However, Renard's and Wade's addresses were provided and filed under seal. Accordingly, service will be attempted at those addresses.

IT IS THEREFORE ORDERED THAT:

1. Renard's and Wade's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Renard and Wade, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Renard and Wade, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the

1

addresses prior to forwarding a copy to Plaintiff.

    DATED this   4   day of September, 2012.

                                                                                         UNITED STATES MAGISTRATE JUDGE