IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HOWARD VANCE GARNER**
**ADC #98409**                                                                               **PLAINTIFF**

v.                    Case No.: 5:12-cv-00217 KGB/HDY

**MARK CASHION** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion for an order (Dkt. No. 5) is denied.

SO ORDERED this 25th day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE